# Exhibit 2

Method Claim: 21

Expired Date: 2024-01-30

| US10140514 | Simmons Bank Mobile Banking App ("The accused instrumentality") |
| --- | --- |
| 21. A method performed by at least an application of a mobile device having one or more processors, the method comprising: | The accused instrumentality discloses a method performed by at least an application (e.g., the Simmons Bank Mobile Banking Application) of a mobile device (e.g., a smartphone or tablet) having one or more processors (e.g., the processor within a smartphone or tablet).<br><br>As shown below, Simmons Bank offers a mobile banking app with a 'Mobile Deposit' feature, enabling users to conveniently deposit checks using their mobile devices. These devices have a processor that executes the accused instrumentality.<br><br><br><br>https://web.archive.org/web/20210615222756/https://www.simmonsbank.com/ |

faqs/mobile-deposit



https://web.archive.org/web/20210615222756/https://
www.simmonsbank.com/faqs/mobile-deposit

https://play.google.com/store/apps/details?id=com.simmonsbank.grip



· Connect accounts with other institutions for better insight into your money

· Customizable dashboard so you can see what's important to you, including transactions, mobile deposits, payments, transfers and more

· Keep transactions organized by adding tags, notes and photos of receipts and checks
· Set up alerts so you know when your balance drops below a certain amount
· Make payments, whether you're paying a company or a friend
· Transfer money between your accounts
· Deposit checks in a snap by taking a picture of the front and back
· View and save your monthly statements
· Find branches and ATMs near you

Secure your account with a 4-digit passcode and fingerprint or face reader on supported devices.

To use the Simmons Bank Mobile app, you must be enrolled as a Simmons Bank Online Banking user. If you currently use our Online Banking, simply download the app, launch it, and login with the same Online Banking credentials.

https://play.google.com/store/apps/details?id=com.simmonsbank.grip



https://www.simmonsbank.com/interactive-mobile-demo?t=28m6s

| | |
|---|---|
| | **The Processor**<br><br>The processor is the central hub of your smartphone. It receives and executes every command, performing billions of calculations per second. The effectiveness of the processor directly affects every application you run, whether it's the camera, the music player, or just a simple email program. Pick the wrong one and you could experience sluggish, stuttering apps and limited network performance, regardless of carrier, manufacturer, or operating system.<br><br>https://www.qualcomm.com/news/onq/2013/06/mobile-processors-101-why-smartphones-are-smarter-all-one-processor |
| acquiring an image using an interface to one or more cameras of the mobile device; | The accused instrumentality discloses acquiring an image (e.g., front-side image of the check) using an interface (e.g., the image capturing interface of the Simmons Bank Mobile Banking Application) to one or more cameras of the mobile device (e.g., camera of the smartphone or tablet).<br><br>As shown below, the Simmons Bank Mobile Banking app features a 'Mobile Deposit' option that utilizes the phone's camera, allowing users to capture images of the front and back of a check for deposit via their smartphones. |



[https://www.simmonsbank.com/interactive-mobile-demo](https://www.simmonsbank.com/interactive-mobile-demo)



**Simmons Bank**
About this app

This app has access to:

**Contacts**
- read your contacts

**Location**
- approximate location (network-based)
- precise location (GPS and network-based)

**Camera**
- take pictures and videos

**Microphone**
- record audio

**Wi-Fi connection information**
- view Wi-Fi connections

**Other**
- receive data from Internet
- view network connections
- pair with Bluetooth devices
- send sticky broadcast
- full network access
- change your audio settings
- control Near Field Communication
- run at startup
- control vibration
- prevent device from sleeping
- read Google service configuration

https://play.google.com/store/apps/details?id=com.simmonsbank.grip



<table>
<tr>
<td></td>
<td>

https://www.simmonsbank.com/interactive-mobile-demo



https://web.archive.org/web/20210615222756/https://
www.simmonsbank.com/faqs/mobile-deposit

</td>
</tr>
<tr>
<td>

constructing an image entity using the acquired image, one or more other images, and an image profile of the acquired image;

**Col 4: line 64 – Col 5: line 4**

*The image further being described as a virtual image entity by software means wherein the image entity comprises of an image profile that associates the image with collateral information such as audio, voice, text,*

</td>
<td>

The accused instrumentality discloses constructing an image entity (e.g., mobile deposit) using the acquired image (e.g., front-side image of the check), one or more other images (e.g., back-side image of the check), and an image profile (e.g., information linked to checks, such as deposit amount and associated depositing bank account) of the acquired image (e.g., front-side image of the check).

As shown below, the Simmons Bank Mobile Banking app features a 'Mobile Deposit' option that utilizes the phone's camera to capture the front and back images of the check. The user reviews the deposit amount, account details, and check images before submission.

</td>
</tr>
</table>

speech, location, time data, handwriting, encryption/decryption, compression/decompression, description, behavior, function and relationships to other images/objects to form an image profile.

**Col 6: lines 35-40**

The image **130** and video **131** can be expressed as purely digital data and <u>all of the other information associated with the image profile **121** may also be represented as purely digital data.</u> The digital rendering of the composite data creates a purely digital image entity **120** comprising of an image and an image profile.



https://www.simmonsbank.com/interactive-mobile-demo



https://www.simmonsbank.com/interactive-mobile-demo



States can be deposited through Mobile Deposit. Some business size checks (the long ones) do not work with Mobile Deposit.

**Do I need to use a deposit slip to make a deposit through Mobile Deposit?**

No. We will use what is called a substitute (or electronic) deposit slip to post the deposit to your account. You will only need to take a picture of the front and bank of the check being deposited.

https://web.archive.org/web/20210615222756/https://www.simmonsbank.com/faqs/mobile-deposit

| | |
|---|---|
| transmitting the image entity to one or more servers to update and/or refresh display of the constructed image entity, wherein the constructed image entity is accessible to one or more recognized users of a virtual network via one or more client devices through applications in communication with the one or more servers. | The accused instrumentality discloses transmitting the image entity (e.g., mobile deposit) to one or more servers (e.g., Simmons Bank servers) to update and/or refresh display of the constructed image entity (e.g., mobile deposit), wherein the constructed image entity (e.g., mobile deposit) is accessible to one or more recognized users (e.g., joint account holders) of a virtual network (e.g., Simmons Bank network) via one or more client devices (e.g., a smartphone or tablet) through applications (e.g., the Simmons Bank Mobile Banking Application) in communication with the one or more servers (e.g., Simmons Bank servers). As shown below, the accused instrumentality allows users to deposit checks online. An online check deposit works by submitting check images and relevant information such as account and amount during the process. The images and information submitted during the process is stored on the servers associated with the accused instrumentality. Joint account users can access all account statements and check deposit status. |



https://www.simmonsbank.com/interactive-mobile-demo

| | |
|---|---|
| | **Is Simmons Bank Online Banking Safe?**        —<br><br>The security and privacy of your financial information is a priority with Simmons Bank. Simmons Bank online banking utilizes several features to help protect your privacy:<br><br>1. Simmons Bank online banking ID & Password. You must use the correct combination of online banking ID & Password to access your Simmons Bank online banking account. You have the option to change your Password as often as you like.<br>2. Technology. Simmons Bank online banking utilizes the Secure Sockets Layer (SSL) protocol to communicate with your computer. SSL Security protects data in three ways:<br>   ◦ Authentication<br>      This keeps another server from impersonating the Simmons Bank online banking server<br>   ◦ Encryption<br>      This scrambles the data while it is being transferred.<br>   ◦ Data Integrity<br>      This verifies that the information sent by you to Simmons Bank wasn't altered during the transfer. The system detects if data was added or deleted after you sent the message. If any tampering has occurred, the connection is dropped.<br>3. Automatic Sign Off. If there is no activity on your Simmons Bank online banking session for ten (10) consecutive minutes, the Simmons Bank online banking server will automatically sign you off.<br><br>https://www.simmonsbank.com/faqs/online-banking<br><br>Benefits and features are subject to customer qualification and approval by Simmons Bank.<br><br>All accounts subject to approval. Restrictions apply.<br><br>Read what you need to know about overdrafts and overdraft fees. Download the Overdraft Privilege Disclosure. Choose overdraft services options.<br><br>[1] Account currently only available to residents of Arkansas, Kansas, Missouri, Oklahoma, Tennessee and Texas. Applying for joint ownership or adding beneficiaries may be completed by visiting a Simmons Bank branch. Must be 18+ to open. Must be opened online.<br><br>https://www.simmonsbank.com/faqs/online-banking |

Too many apps? Manage your banking and credit card accounts from the same dashboard on any device with Simmons Bank Online & Mobile.[1]



https://www.simmonsbank.com/personal/digital-banking